# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil 07-1196 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| KATHY J. FENNING, *a/k/a Kathy Burton*, | |
| Defendant. | |

John R. Monroe, **UNITED STATES DEPARTMENT OF JUSTICE,** 555 Fourth Street Northwest, Suite 8921, Washington, DC 20001, for plaintiff.

Kathy J. Fenning, 209270 Crooked River Road, Pine City, MN 55063, pro se defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 24, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that: the Government's motion for summary judgment [Docket No. 18] is **GRANTED**.

Dated: October 17, 2008
at Minneapolis, Minnesota                             _____ s/John R. Tunheim_____
                                                                               JOHN R. TUNHEIM
                                                                          United States District Judge